B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Unique Tool & Bending, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**58-1924435** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2312 Centennial Cir**<br>**Gainesville, GA**<br>ZIP Code **30504** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hall** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** | Name of Debtor(s): **Unique Tool & Bending, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)     Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Unique Tool & Bending, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Charles N. Kelley, Jr.**
Signature of Attorney for Debtor(s)

**Charles N. Kelley, Jr. 412212**
Printed Name of Attorney for Debtor(s)

**Kelley & Clements LLP**
Firm Name

**PO Box 2758**
**Gainesville, GA 30503-2758**

_____
Address

**(770) 531-0007  Fax: (678) 866-2360**
Telephone Number

**May 18, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Eston V. Martin**
Signature of Authorized Individual

**Eston V. Martin**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 18, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Unique Tool & Bending, Inc.**      Case No. 

                                Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Specialty Tool Steel** <br> **360-B Sharon Ind. Way** <br> **Suwanee, GA 30024** | **Specialty Tool Steel** <br> **360-B Sharon Ind. Way** <br> **Suwanee, GA 30024** | | | **70,655.12** |
| **Umpqua Bank** <br> **445 S.E. Main St** <br> **Roseburg, OR 97470** | **Umpqua Bank** <br> **445 S.E. Main St** <br> **Roseburg, OR 97470** | | **Disputed** | **50,000.00** |
| **Wilkie, Lanny F** <br> **255 Logan Lane** <br> **Ballground, GA 30107** | **Wilkie, Lanny F** <br> **255 Logan Lane** <br> **Ballground, GA 30107** | **wages and benefits** | | **25,920.00** |
| **American Express** <br> **P.O. Box 650448** <br> **Dallas, TX 75265** | **American Express** <br> **P.O. Box 650448** <br> **Dallas, TX 75265** | | **Disputed** | **25,000.00** |
| **Southern Tool Steel, Inc.** <br> **PO Box 699** <br> **Hixson, TN 37343-0699** | **Southern Tool Steel, Inc.** <br> **PO Box 699** <br> **Hixson, TN 37343-0699** | | | **13,989.32** |
| **Mize, James R** <br> **1278 Joe Black road** <br> **Sautee, GA 30571** | **Mize, James R** <br> **1278 Joe Black road** <br> **Sautee, GA 30571** | **wages and benefits** | | **12,402.50** |
| **Roberts, Freddie G** <br> **PO Box 418** <br> **Jefferson, GA 30549** | **Roberts, Freddie G** <br> **PO Box 418** <br> **Jefferson, GA 30549** | **wages and benefits** | | **8,010.00** |
| **Bankcard Center** <br> **P.O.BOX 105025** <br> **Atlanta, GA 30348-5025** | **Bankcard Center** <br> **P.O.BOX 105025** <br> **Atlanta, GA 30348-5025** | | | **7,274.65** |
| **Parker Hannifin Corp./Cylinder Div.** <br> **Cylinder Division** <br> **7899 Collection Center Drive** <br> **Chicago, IL 60693** | **Parker Hannifin Corp./Cylinder Div.** <br> **Cylinder Division** <br> **7899 Collection Center Drive** <br> **Chicago, IL 60693** | | | **7,003.49** |
| **Precision Grinding, Inc.** <br> **PO Box 19925** <br> **Birmingham, AL 35219** | **Precision Grinding, Inc.** <br> **PO Box 19925** <br> **Birmingham, AL 35219** | | | **6,792.00** |
| **Sanders, William J** <br> **776 Bell Road** <br> **Lula, GA 30554** | **Sanders, William J** <br> **776 Bell Road** <br> **Lula, GA 30554** | **wages and benefits** | | **6,600.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Unique Tool & Bending, Inc.**                           Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| West Michigan Gage, Inc.<br>4055 Remembrance Rd., N.W.<br>Walker, MI 49534 | West Michigan Gage, Inc.<br>4055 Remembrance Rd., N.W.<br>Walker, MI 49534 | | | 6,000.00 |
| Peak Machine Tools<br>P.O. Box 1209<br>Winter Park, FL 32790 | Peak Machine Tools<br>P.O. Box 1209<br>Winter Park, FL 32790 | | | 5,102.73 |
| Control Resources<br>P.O. Box 3502<br>Salisbury, NC 28145 | Control Resources<br>P.O. Box 3502<br>Salisbury, NC 28145 | | | 4,566.17 |
| Sodick, Inc.<br>Accounts Receiveable<br>1605 N. Penny Lane<br>Schaumburg, IL 60173 | Sodick, Inc.<br>Accounts Receiveable<br>1605 N. Penny Lane<br>Schaumburg, IL 60173 | | | 4,026.76 |
| FIA Card Services<br>P.O. Box 11007<br>Birmingham, AL 35288-0001 | FIA Card Services<br>P.O. Box 11007<br>Birmingham, AL 35288-0001 | | | 3,837.96 |
| Georgia Automation, Inc.<br>440 Gees Mill Business Ct.<br>Conyers, GA 30013 | Georgia Automation, Inc.<br>440 Gees Mill Business Ct.<br>Conyers, GA 30013 | | | 3,486.55 |
| Moeller Manufacturing Co.<br>7116 Crossroads BLVD><br>Brentwood, TN 37027 | Moeller Manufacturing Co.<br>7116 Crossroads BLVD><br>Brentwood, TN 37027 | | | 3,348.63 |
| Motion Industries, Inc.<br>PO Box 404130<br>Atlanta, GA 30384-4130 | Motion Industries, Inc.<br>PO Box 404130<br>Atlanta, GA 30384-4130 | | | 3,128.83 |
| McMaster-Carr<br>PO Box 7690<br>Chicago, IL 60680-7690 | McMaster-Carr<br>PO Box 7690<br>Chicago, IL 60680-7690 | | | 3,088.11 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 18, 2015**                Signature  **/s/ Eston V. Martin**
                                                 **Eston V. Martin**
                                                 **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

.

A-L Welding Supply, Inc.
P.O. Box 354
Brattleboro, VT 05302-1521


Abernathy, Andrew B
5638 Sallee Avenue
Oakwood, GA 30566


Abernathy, Travis L
2340 Ridgeway Drive
Gainesville, GA 30504


American Express
P.O. Box 650448
Dallas, TX 75265


AmeriPride Uniform Services
P.O. Box 308
Bemidji, MN 56619-0308


Arrow Exterminators
Commercial Division
PO Box 426
Tucker, GA 30085


AT&T Mobility
P.O. box 6463
Carol Stream, IL 60197-6463


Bankcard Center
P.O.BOX 105025
Atlanta, GA 30348-5025


Bennett, Cindy D.
5140 Noah Rd.
Cumming, GA 30041

```
Bob's Cutter Grinding Service
PO Box 763
Mauldin, SC 29662



Bodycote-Conyers Division
P.O. Box 935664
Atlanta, GA 31196-5664



C.C. Dickson Co.
PO Box 13501
Rock Hill, SC 29731-3501



Carbide Plus, LLC
1026 West Foothill Blvd.
Upland, CA 91786



Chastain Janitorial Supply Company
1025 MLK Jr. Blvd., Suite 300
Gainesville, GA 30501



Coker Equipment Co.
1242 Industrial Blvd. SW
Gainesville, GA 30501



Control Resources
P.O. Box 3502
Salisbury, NC 28145



Deco Tool Supply Company
P.O. Box 3097
Davenport, IA 52808



Duplicating Products, Inc.
PO Box 1548
Gainesville, GA 30503
```

Englewood
PO Box 530409
Atlanta, GA 30353-0409


Eston V. Martin
2312 Centennial Cir.
Gainesville, GA 30504


Fastenal Company
PO Box 1286
Winoma, MN 55987-1286


FIA Card Services
P.O. Box 11007
Birmingham, AL 35288-0001


Fortress Integrated Tech.
5805 State Bridge Rd.
Suite G332
Johns Creek, GA 30097


GE Capital
P.O. 740441
Atlanta, GA 30374-0441


Georgia Automation, Inc.
440 Gees Mill Business Ct.
Conyers, GA 30013


Great America Leasing Corp.
PO Box 660831
Dallas, TX 75266-0831


Great American Leasing Corp
PO Box 660831
Dallas, TX 75266-0831

Green Guard First Aid & Safety
4159 Shoreline Drive
St. Louis, MO 63045


Martin, Eston V
9430 Jot-em Down Road
Gainesville, GA 30506


Martin, Inc.
P.O. Box 1000, Dept. #481
Memphis, TN 38148-0481


Martin, Levenia A
9430 Jot-em Down Road
Gainesville, GA 30506


McClure, Lester D
126 McClure Road
Gillsville, GA 30543


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


Mize, James R
1278 Joe Black road
Sautee, GA 30571


Moeller Manufacturing Co.
7116 Crossroads BLVD>
Brentwood, TN 37027


Motion Industries, Inc.
PO Box 404130
Atlanta, GA 30384-4130

MSC Industrial Supply Co.
Dept. CH0075
Palatine, IL 60055-0075


Mulkey, John E
474 Westmoreland Road
Lula, GA 30554


North Georgia Propane, Inc.
PO Box 1518
Gainesville, GA 30503


Northeast Georgia Rental
PO Box 787
Oakwood, GA 30566


Olympic Oil Company
PO Box 660
Gainesville, GA 30503-0660


Parker Hannifin Corp./Cylinder Div.
Cylinder Division
7899 Collection Center Drive
Chicago, IL 60693


Peak Machine Tools
P.O. Box 1209
Winter Park, FL 32790


Poore, Clifton J.
7786 County Line Rd.
Lula, GA 30554


Precision Grinding, Inc.
PO Box 19925
Birmingham, AL 35219

```
Regions Bank
PO Box 1129
Gainesville, GA 30503



Regions Bank
Commercial Loan Processing
P.O. Box 11007
Birmingham, AL 35288



Regions Bank
1900 Fifth Avenue North
Birmingham, AL 35203



Roberts, Freddie G
PO Box 418
Jefferson, GA 30549



Sams Club #6644
PO Box 530942
Atlanta, GA 30353-0942



Sanders, William J
776 Bell Road
Lula, GA 30554



Smith & Johnson, Attorneys
Six Hundred Three Bay St.
PO Box 705
Traverse City, MI 49685-0705



Sodick, Inc.
Accounts Receiveable
1605 N. Penny Lane
Schaumburg, IL 60173



Soluble Solutions, Inc.
Elk Mountain Business Park
507 Elk Park Drive
Asheville, NC 28804
```

Southern Tool Steel, Inc.
PO Box 699
Hixson, TN 37343-0699


Specialty Tool Steel
360-B Sharon Ind. Way
Suwanee, GA 30024


Sullens, Carl J
5250 Mission Drive
Gainesville, GA 30506


Suntrust Bank
P.O. Box 79041
Baltimore, MD 21279


Suntrust Bank
Attn: Raymond D. Fortin
303 Peachtree St NE, Ste 3600
Atlanta, GA 30308


SunTrust Bankcard N.A.
PO Box 791250
Baltimore, MD 21279-1250


Terrell, David E
29 Long Road
Toccoa, GA 30577


Tool Crib
P.O. Box 52810
Knoxville, TN 37950


Umpqua Bank
445 S.E. Main St
Roseburg, OR 97470

Unique Real Estate Holdings, LLC
2312 Centennial Circle
Gainesville, GA 30504


USA Production Parts, Inc.
2314 Centennial Circle
Gainesville, GA 30504


Walden, Henry J
8721 Campground Road
Clermont, GA 30527


Waste Away Disposal
P.O. Box 98
Cornelia, GA 30531


Waycaster, Emory H.
312 Rockwell Church Rd. NW
Winder, GA 30680


West Michigan Gage, Inc.
4055 Remembrance Rd., N.W.
Walker, MI 49534


Wilkie, Lanny F
255 Logan Lane
Ballground, GA 30107


Ziegler Tools, Inc.
P.O. Box 1000 Dept. 481
Memphis, TN 38148-0481

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Unique Tool & Bending, Inc.**  
                           Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Unique Tool & Bending, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 18, 2015**  
Date

**/s/ Charles N. Kelley, Jr.**  
**Charles N. Kelley, Jr. 412212**  
Signature of Attorney or Litigant  
Counsel for **Unique Tool & Bending, Inc.**  
**Kelley & Clements LLP**  
**PO Box 2758**  
**Gainesville, GA 30503-2758**  
**(770) 531-0007 Fax:(678) 866-2360**